■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK BAXTER, Appellant. [832 NYS2d 822]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 28, 2005 (*People v Baxter*, 15 AD3d 671 [2005]), affirming a judgment of the Supreme Court, Westchester County, rendered July 10, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Schmidt, Mastro and Santucci, JJ., concur.